



# MEMORANDUM OPINION

No. 04-08-00153-CR

Brandon **JACKSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2005-CR-3282
Honorable Philip A. Kazen, Jr., Judge Presiding

PER CURIAM

Sitting:     Alma L. López, Chief Justice
            Catherine Stone, Justice
            Karen Angelini, Justice

Delivered and Filed: June 25, 2008

DISMISSED

Appellant has filed a motion to dismiss this appeal by withdrawing his notice of appeal. The

motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH